*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  September 15, 2016        D-51-16

_____

In the Matter of ATTORNEYS IN
    VIOLATION OF JUDICIARY LAW
    § 468-a.

COMMITTEE ON PROFESSIONAL                 MEMORANDUM AND ORDER
    STANDARDS,                                ON MOTION
                    Petitioner;

MICHAEL JOHN BISHOP,
                    Respondent.

(Attorney Registration No. 4422242)
_____

Calendar Date:  June 13, 2016

Before:  Garry, J.P., Rose, Devine, Clark and Aarons, JJ.

————————

        Monica A. Duffy, Committee on Professional Standards,
Albany, for petitioner.

        Michael John Bishop, Sydney, Australia, respondent pro se.

————————

Per Curiam.

        Respondent, who was admitted to practice by this Court in
2006, was suspended by this Court's order dated January 30, 2014
for failure to comply with the attorney registration requirements
of Judiciary Law § 468-a (113 AD3d 1020 [2014]).

        Respondent now requests reinstatement on the ground that he
has complied with the attorney registration requirements of
Judiciary Law § 468-a and the Rules of the Chief Administrator of
the Courts (22 NYCRR) part 118.  Petitioner does not object to

respondent's application.

Respondent's application is granted and he is ordered reinstated, effective immediately.

Garry, J.P., Rose, Devine, Clark and Aarons, JJ., concur.

ORDERED that respondent's application is granted; and it is further

ORDERED that respondent is reinstated as an attorney and counselor-at-law in the State of New York, effective immediately.

ENTER:

Robert D. Mayberger
Clerk of the Court